# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

WILFRED ALEXANDER PAGE, et al.,

      Plaintiffs,

v.                                                                                          No. 1:19-cv-00762-MV-SCY

CENTRAL NEW MEXICO TREATMENT CENTER,
ANGELA GOOLSBY LUCERO,
CNMTC NURSES, and CNMTC COUNSELORS,

      Defendants.

## FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Proocedure, and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**